### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**ANTONE L. TAYLOR**
**ADC #154829**                                                    **PLAINTIFF**


v.                          **No. 1:13-cv-67-DPM-BD**


**RICHARD FRY, Sergeant, Grimes Unit,**
**ADC; and CHRISTOPHER BUNIK,**
**Assistant Deputy Warden, Grimes Unit, ADC**          **DEFENDANTS**


### ORDER

The Court has considered Magistrate Judge Beth Deere's Proposed
Partial Recommended Disposition, № 4.  Taylor has not objected.  After
reviewing the proposal for clear factual error and for legal error, FED. R. CIV.
P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it in
full.  All claims against Bunik are dismissed without prejudice.  Taylor's
defamation claim and his equal protection claim (styled as sexual
discrimination) against Fry are dismissed without prejudice.  Taylor's sexual
harassment claim against Fry remains.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

10 September 2013

2