IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTONE L. TAYLOR
ADC #154829                                                            PLAINTIFF

v.                      No. 1:13-cv-67-DPM-BD

RICHARD FRY, Sergeant, Grimes Unit,
ADC; and CHRISTOPHER BUNIK,
Assistant Deputy Warden, Grimes Unit, ADC                  DEFENDANTS

ORDER

The Court has considered Magistrate Judge Beth Deere's Proposed Partial Recommended Disposition, № 4. Taylor has not objected. After reviewing the proposal for clear factual error and for legal error, FED. R. CIV. P. 72(b)(3) (1983 addition to advisory committee notes), the Court adopts it in full. All claims against Bunik are dismissed without prejudice. Taylor's defamation claim and his equal protection claim (styled as sexual discrimination) against Fry are dismissed without prejudice. Taylor's sexual harassment claim against Fry remains.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2013