IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ANTONE L. TAYLOR
ADC #154829                                                              PLAINTIFF


v.                          No. 1:13-cv-67-DPM-BD


RICHARD FRY, Sergeant,
Grimes Unit, ADC                                                         DEFENDANT


## ORDER

Unopposed recommendation, № 22, adopted. FED. R. CIV. P. 72(b) (1983

addition to advisory committee notes). Fry's amended motion for summary

judgment, № 18, is granted. Taylor's claim against Fry is dismissed without

prejudice for failure to exhaust. Motion for summary judgment, № 15, denied

as moot.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 June 2014