## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

ANTONE L. TAYLOR
ADC #154829                                                                 PLAINTIFF

v.                                        No. 1:13-cv-67-DPM

RICHARD FRY, Sergeant, Grimes Unit,
ADC; and CHRISTOPHER BUNIK,
Assistant Deputy Warden, Grimes Unit, ADC          DEFENDANTS

## JUDGMENT

All Taylor's claims against Fry and Bunik are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

_____
30 June 2014